# 912    CASES REPORTED WITH BRIEF SYLLABI.

Charles P. Barnes, Respondent, v. Richard P. Martin, Appellant.—
Judgment affirmed, with costs.    All concurred.

Charles R. Remington and Others, as Executors, etc., Respondents, v.
Ida R. Summerville and Others, Appellants.—Judgment modified by
striking out the paragraphs of the judgment numbered second and third,
and in lieu thereof adjudging that there is no unlawful accumulation
under the provisions of the will, and directing that whatever income
remains be paid over with the principal to the Remington Institute, as is
provided in the paragraph numbered four in the judgment; and as so
modified the judgment is affirmed, without costs of this appeal to any
party.    All concurred.

Jay Dean, Respondent, v. Pennsylvania Railroad Company, Appellant.
—Judgment and order reversed and new trial granted, with costs to
appellant to abide event.    Held, *first*, that the statements and conduct of
the defendant's foreman toward the plaintiff, after his injury, were
improperly received.    *Second*, that the verdict rendered was excessive;
that the conduct of plaintiff's counsel upon the trial was grossly improper,
and tended to create passion and prejudice in the minds of the jurors
and to increase the amount of their verdict.    All concurred.

George J. Tomaney, Respondent, v. The Humphrey Gas Pump
Company, Appellant.—Judgment and order affirmed, with costs.    All
concurred, except Robson, J., who dissented.

Margaret E. Phillips, as Administratrix, etc., Respondent, v. Crosstown
Street Railway Company of Buffalo and International Railway Com-
pany, Appellants.—Motion to amend decision so as to state that the
reversal was made upon questions of law only and that the facts had
been examined and no error found therein, denied, with ten dollars
costs.

Judson I. Jewell, Respondent, v. Garra K. Lester, Appellant.—Motion
for reargument denied, with ten dollars costs.

Lawrence Jendrasiak, Respondent, v. Lackawanna Bridge Company,
Appellant, Impleaded, etc.—Motion for leave to appeal to Court of
Appeals denied, with ten dollars costs.

Melvina Stuart, Appellant, v. Mrs. Gilbert Northrup, Respondent.—
Motion for reargument denied, with ten dollars costs.

William J. Perry, Senior, Plaintiff, v. Rochester Lime Company, Defend-
ant.—Motion for leave to appeal to Court of Appeals denied, with ten
dollars costs.

Griffith Solomon Jones, Respondent, v. Rome Hollow Wire and Tube
Company, Appellant.—Motion for leave to appeal to Court of Appeals
denied, with ten dollars costs.

Frank C. Krug and Another, Respondents, v. Diamond Tobacco Com-
pany, Appellant.—Motion to amend decision, without costs.    Held, that
no amendment of our decision is necessary to permit a motion at Special
Term for leave to renew the original motion on additional affidavits.